IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA )   CR. NO. 1:06cr245-VPM
) [18 U.S.C. 13; AL 13A-6-22]
v. )
)
JERRY HAMILTON ) INFORMATION

The United States Attorney charges that:

On or about the 23rd of May, 2006, at Fort Rucker, Alabama, in the Middle District of Alabama, JERRY HAMILTON did intentionally cause physical injury to a person; to wit: Intentionally push Jennifer Marie Sherwood, in violation of Title 18, Section 13, United States Code and Alabama Code 13A-6-22(a)1.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_____
KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY

_____
NATHAN T. GOLDEN
SPECIAL ASSISTANT U.S. ATTORNEY
VA BAR NO. 48323
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9807

STATE OF ALABAMA    )    AFFIDAVIT
                    )
DALE COUNTY         )

The undersigned, being first duly sworn, deposes and says:

I am a Military Investigator at Fort Rucker, Alabama. Investigation revealed that between approximately 6:00 P.M. and 9:00 P.M. on the 23rd of May, 2006, JERRY HAMILTON intentionally pushed Jennifer Marie Sherwood and grabbed a telephone headset from her head. Sherwood accused HAMILTON of grabbing the headset from her head. William Kegley II, a Military Police officer, observed HAMILTON push Sherwood. These events took place in the 911 center and Radiotelephone Operator room at the Fort Rucker Military Police Station.

_____
MICHAEL W. HARRIS, INVESTIGATOR U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this __27__ day of __September__ 2006.


_____
NOTARY PUBLIC

My commission expires: 23 DEC 2006