AO458 (Rev. 5/85) Appearance

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 NOV -2  A 10: 00
(illegible) P. HACKETT
DISTRICT COURT
MIDDLE DISTRICT ALA

UNITED STATES OF AMERICA

APPEARANCE

vs

Case No. 1:06cr245-VPM

JERRY HAMILTON

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   JERRY HAMILTON

10-31-2006
**Date**

*Charles N. Reese* (signature)
**Signature**

CHARLES N. REESE
**Print Name**

P.O. Drawer 250
**Address**

Daleville            Alabama           36322
**City**             **State**         **Zip Code**

334-598-6321
**Telephone Number**