IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| V. | * CR. NO. 1:06 CR 245 |
| JERRY HAMILTON | * |

Notice of Public-Authority Defense

Comes the defendant in the above styled cause and shows unto the court the following:

1. At the time the offense allegedly occurred he was employed as a E-911 dispatcher in the office of the Provost Marshal of the Army Aviation Center and Ft. Rucker, Alabama.

2. At all times occasioned thereby he was acting within the line and scope of his employment.

3. All actions taken by the defendant were taken pursuant to his duties as an employee of the United States carrying out emergency functions and duties pursuant to orders, directives and policies of the United States of America.

        S/N Charles N. Reese
        Charles N. Reese (REE010)
        P. O. Drawer 250
        Daleville, Alabama
        36322
        334-598-6321

CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically served upon Kent T. Brunson and Nathan T. Golden this the 9th day of January 2007 using the CM/ECF filing system.

        S/N Charles N. Reese____
        Charles N. Reese