| | | | |
|---|---|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE:** JANUARY 9, 2007 | | **Time:** 10:11 - 10:17 |
| **MIDDLE DISTRICT OF ALABAMA** | | | |

**TAPE NO:** 3052 @ 490 to 913

- √ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- √ ARRAIGNMENT
- ☐ PRELIMINARY EXAMINATION

**PRESIDING MAG. JUDGE:** CHARLES S. COODY  **DEPUTY CLERK:** WANDA STINSON

**CASE NO.** 1:06CR245-CSC  **NAME:** JERRY HAMILTON

**AUSA:** NATHAN T. GOLDEN  **DEFT. ATTY:** CHARLES N. REESE

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO

**USPO:** _____

Defendant ____ does √ does NOT need an interpreter. Interpreter NAME:_____

---

- ☐ Kars.  Date of Arrest _____ or ☐karsr40
- √ Kia.  Deft. First Appearance. Advised of rights/charges.  ☐Pro/Sup Rel Violator
- √ Kcnsl.  Deft. First Appearance with Counsel
- ☐  Deft. First Appearance without Counsel
- ☐  Requests appointed Counsel  ☐ ORAL MOTION
- ☐ Finaff.  Financial Affidavit executed ☐ to be obtained by PTSO
- ☐ Koappted  ORDER appointing Community Defender Organization
- ☐ K20appt.  Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- √  Deft. Advises he will retain counsel. Has retained CHARLES REESE
- √ karr.  ARRAIGNMENT ☐ HELD. Plea of NOT GUILTY entered.
    - ☐ Jury Trial Set for _____  ☐ PRETRIAL CONF. DATE: _____
    - ☐ DISCOVERY DISCLOSURES DATE: _____
    - √ Request Non-Jury Trial set for 3/6/07.
    - ☐ GUILTY PLEA entered.
- ☐ CONSENT to Proceed before U.S. Magistrate Judge
- ☐ krmknn.  NOTICE to retained Criminal Defense Attorney handed to Counsel.