IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) CR. NO. 1:06 CR 245 | |
| V. ) | |
| ) | |
| JERRY HAMILTON ) | |
| ) | |

NOTICE OF RESPONSE TO NOTICE OF PUBLIC AUTHORITY DEFENSE

Comes now the United States of America, by and through its Special Assistant U.S. Attorney and, pursuant to Federal Rule of Criminal Procedure 12.3(a)3, DENIES that the Defendant, Jerry Hamilton, was exercising public authority in the instant case. Defendant was acting outside the scope of his duties as an E-911 dispatcher in the office of the Provost Marshal of the U.S. Army Aviation Center and Fort Rucker when he intentionally pushed Jennifer Marie Sherwood and snatched a telephone headset from her head. These acts were not committed as a result of Defendant's reasonable execution of his duties.

Respectfully submitted this the 29th day of January, 2007.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Kent B. Brunson
KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135  fax

/s/ Nathan T. Golden
NATHAN T. GOLDEN
SPECIAL ASSISTANT U.S. ATTORNEY
VA BAR NO. 48323
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
334.255.9807

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 1:06 CR 245 |
| VI. ) | |
| ) | |
| JERRY HAMILTON ) | |
| ) | |

CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2007, I filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys on record.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Kent B. Brunson
KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135  fax

/s/ Nathan T. Golden
NATHAN T. GOLDEN
SPECIAL ASSISTANT U.S. ATTORNEY
VA BAR NO. 48323
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
334.255.9807